UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. ALIKI WEBB, CRIM. NO. 10-79 (WHW)

## PETITION FOR WRIT OF HABEAS CORPUS

1. ALIKI WEBB, SBI No. 555452C is now confined at the Garden State Youth Correctional Facility.

2. Said individual will be required at Newark, New Jersey, before the Hon. Patty Shwartz, U.S. Magistrate Judge, on March 24, 2010, at 2:30 p.m., for initial appearance in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED: March 17, 2010

CHARLTON A. RUGG
Assistant U.S. Attorney, Petitioner

## ORDER

Let the Writ Issue.

DATED: 3/18/2010

Hon. WILLIAM H. WALLS, U.S.D.J.

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the Garden State Youth Correctional Facility:
WE COMMAND YOU that you have the body of

ALIKI WEBB,

now confined at the Garden State Youth Correctional Facility, brought before the United States District Court, the Hon. Patty Shwartz, U.S. Magistrate Judge, in the Post Office and Courthouse at Newark, on March 24, 2010, at 2:30 p.m., so that he may have an initial appearance in the above-captioned matter. Immediately upon completion of the proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable William H. Walls
United States District Judge
Newark, New Jersey.

DATED: March 18, 2010

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk