UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. William H. Walls |
| | : |
| v. | : Crim. No. 10-79 (WHW) |
| | : |
| ALIKI WEBB | : <u>Continuance Order</u> |

This matter having come before the Court on the joint application of Paul J.

Fishman, United States Attorney for the District of New Jersey (by Charlton A. Rugg, Assistant

U.S. Attorney), and defendant Aliki Webb (by K. Anthony Thomas, AFPD) for an order granting

a continuance of the proceedings in the above-captioned matter for a period of 30 days, and the

defendant being aware that he has a right to have the matter brought to trial within 70 days of the

date of his appearance before a judicial officer of this court pursuant to Title 18 of the United

States Code, Section 3161(c)(1), and as the defendant has consented to this continuance, and for

good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for

the following reasons:

1. Plea negotiations are currently in progress, and both the United States and the

defendant desire additional time to finalize a plea agreement, which would render trial of this

matter unnecessary;

2. Defendant has consented to the aforementioned continuance; and

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of

justice served by granting the continuance outweigh the best interests of the public and the

defendant in a speedy trial.

WHEREFORE, on this 27th day of September, 2010

IT IS ORDERED that the period from September 21, 2010, through October 21,

2010, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to

Title 18, United States Code, Section 3161(h)(7).

HON. WILLIAM H. WALLS
United States District Judge

Form and entry consented to:

Charlton A. Rugg, AUSA

K. Anthony Thomas, AFPD